|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| BOARD OF TRUSTEES OF THE NORTHWEST PLUMBING AND PIPEFITTING INDUSTRY HEALTH WELFARE AND VACATION TRUST, et al., | No. CV-13-0173-JTR |
| --- | --- |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |
| v. | |
| DAY & NIGHT MECHANICAL HEATING & COOLING, INC., UBI No. 603126019, a Washington Corporation, et al., | |
| Defendants. | |

**BEFORE THE COURT** is Plaintiffs' April 1, 2014, Motion for Judgment upon Order of Default. ECF No. 32. Attorney Noelle E. Dwarzski represents Plaintiffs. Defendant Day & Night Mechanical Heating & Cooling, Inc. (Defendant Day & Night) has failed to respond or otherwise contact the Court with respect to the instant action.

ORDER GRANTING PLAINTIFFS' MOTION . . . - 1

On May 10, 2013, Plaintiffs filed a complaint for breach of collective bargaining agreement and for foreclosure of labor liens against public works contract and retained percentages.  ECF No. 1.  On May 17, 2013, Defendant Day & Night was personally served with a copy of the Summons and Complaint in Spanaway, Washington.  ECF No. 12 ¶ 2.  A declaration of service was filed with the Court on July 23, 2013.  ECF No. 10.  On August 13, 2013, Plaintiffs moved for entry of default against Defendant Day & Night, ECF No. 11, and a Clerk's Order of Default against Defendant Day & Night was entered on August 14, 2013.  ECF No. 13.  Defendant Day & Night has failed to respond or otherwise defend.

Plaintiffs have demonstrated Defendant Day & Night owes Plaintiffs the total amount of **$26,015.71** plus post-judgment interest.  This balance includes **$18,978.20** in contributions, **$1,677.69** in liquidated damages, and **$1,664.96** in interest for the delinquent period of September 2012 through November 2012. ECF No. 32 at 4-5; ECF No. 33; ECF No. 34.  Defendant Day & Night is additionally liable for Plaintiffs' attorney fees, **$2,905.50**, and litigation costs, **$789.50**, ECF No. 32 at 5; ECF No. 35 ¶¶ 5-6; ECF No. 35-1; ECF No. 35-2, as well as post-judgment interest at the legal rate until paid in full.

Having complied with the requirements of Fed. R. Civ. P. 55 and LR 55.1, Local Rules for the Eastern District of Washington, and the Court being fully advised, **IT IS HEREBY ORDERED**:

1. Plaintiffs' motion for default judgment as to Day & Night Mechanical Heating & Cooling, Inc., **ECF No. 32**, is **GRANTED**.

2. **Judgment is rendered in favor of Plaintiffs and against Defendant Day & Night Mechanical Heating & Cooling, Inc., for the amount described above.**

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order and provide copies to counsel for Plaintiffs and to Defendant Day & Night

ORDER GRANTING PLAINTIFFS' MOTION . . . - 2

| | |
|---|---|
| 1 | Mechanical Heating & Cooling, Inc.  Judgment shall be entered for Plaintiffs and |
| 2 | the file shall be **CLOSED**. |
| 3 | DATED June 6, 2014. |



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFFS' MOTION . . . - 3