UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHWEST PLUMBING AND PIPEFITTING INDUSTRY HEALTH WELFARE AND VACATION TRUST, et al.,<br><br>Plaintiffs,<br>v.<br><br>DAY & NIGHT MECHANICAL HEATING & COOLING, INC., UBI No. 603126019, a Washington Corporation, et al.,<br><br>Defendants. | No. 2:13-cv-175-JTR<br><br>**JUDGMENT** |

**DECISION BY THE COURT:** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that Plaintiffs' motion for default judgment as to Day & Night Mechanical Heating & Cooling, Inc. is **GRANTED**.  Judgment is rendered for Plaintiffs and against Defendant Day & Night Mechanical Heating & Cooling, Inc. in the amount of **$26,015.71, plus post-judgment interest at the legal rate until paid in full.**

DATED:  June 6, 2014

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk

JUDGMENT